FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2005 JUL 21 PM 1: 09

_____ 
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MARY L. JOHNSON,

    Plaintiff,

vs.    Case No.: CV403-89

JOANNE B. BARNHART,
Commissioner of Social
Security,

    Defendant.

## ORDER

On June 29, 2005, the Eleventh Circuit issued an order remanding this case so that vocational expert testimony can be taken to determine whether Plaintiff is able to return to her past relevant work. Accordingly, the Court **REMANDS** this case to the Commissioner for further proceedings in accordance with the Eleventh Circuits' decision.

SO ORDERED this 21st day of July, 2005.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

# United States District Court
## Southern District of Georgia

ATTORNEYS SERVED:

Kenneth C. Etheridge
Eric R. Gotwalt
Robert Rosenblum
Office of Hearing & Appeals

CASE NO:        CV403-089
DATE SERVED:    July 21, 2005
SERVED BY:      Karlis Stephens

- [ ] Copy placed in Minutes
- [x] Copy given to Judge
- [ ] Copy given to Magistrate